hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 29.15(k). No precedential or jurisprudential purpose would be served by an extended opinion reciting the detailed facts and restating the principles of law. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

bery, section 569.020, RSMo 1994, and armed criminal action, section 571.015, RSMo 1994, were affirmed on appeal in *State v. Perkins,* 945 S.W.2d 43 (Mo.App. E.D.1997).

We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's decision is not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

David **PERKINS–BEY**, Movant/Appellant,

v.

**STATE of Missouri,**
Respondent/Respondent.

No. 73470.

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 18, 1998.

James **PERKINS**, Appellant,

v.

**STATE of Missouri, Respondent.**

No. 73375.

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 18, 1998.

Mark A. Grothoff, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES R. DOWD, P.J., and CRAHAN and RICHARD B. TEITELMAN, JJ.

S. Paige Canfield, Asst. Public Defender, St. louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOFF, P.J. and GARY M. GAERTNER and RHODES RUSSELL, JJ.

### ORDER

PER CURIAM.

David Perkins–Bey (Movant) appeals from the judgment denying his Rule 29.15 motion for post-conviction relief without a hearing. Movant's convictions for first degree rob-

### ORDER

PER CURIAM.

James Perkins (Movant) appeals from the judgment denying his Rule 24.035 motion for post-conviction relief. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination